IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC WILSON**                                                                                              **PLAINTIFF**

**v.**                                          **Case No. 4:25-cv-582-JM**

**VISION CORPS**                                                                                          **DEFENDANT**

## ORDER

Plaintiff Eric Wilson's Amended Complaint (Doc. 6) is dismissed without prejudice because he failed to file a first amended complaint as directed. (Doc. 7); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 3rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE